UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA EVANS,<br><br>       Plaintiff,<br><br>-against-<br><br>NELSON TREE SERVICE, LLC,<br><br>       Defendant. | 25-CV-6616 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court having been advised that a mediation conference has been scheduled for December 9, 2025, HEREBY ORDERS that the initial pretrial conference in this matter, previously scheduled for November 5, 2025, at 12:00 p.m., is RESCHEDULED for January 21, 2026, at 12:00 p.m., in the event the mediation conference is unsuccessful. The joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 11, shall be filed by January 14, 2026.

Dated: October 24, 2025
    New York, New York

                    SO ORDERED.

                    *Jessica Clarke*

                    JESSICA G. L. CLARKE
                    United States District Judge