

**MEMO ENDORSED**

Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022.3298

William J. Anthony
Shareholder
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

January 9, 2026

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

*The conference previously scheduled for January 21, 2026, at 12:00 p.m. is ADJOURNED sine die. The parties shall submit a joint status letter no later than March 31, 2026. SO ORDERED.*

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: January 13, 2026
White Plains, New York

Re:   **Joshua Evans v. Nelson Tree Service, LLC**
      **Case No. 7:25-cv-06616-JGLC**

Dear Judge Clarke:

Pursuant to Section 2(e) of Your Honor's Individual Rules and Practices, the parties respectfully submit this joint letter-motion to request an adjournment of the initial pretrial conference currently scheduled for **January 21, 2026, at 12:00 p.m.** This is the first request for an adjournment. Plaintiff consents to this request.

The basis for this request is that the parties have agreed to engage a private mediator in an effort to resolve this matter without further litigation. Following the Court-ordered mediation held on **December 9, 2025**, the parties have continued their dialogue and remain committed to pursuing resolution. The parties are actively discussing potential mediators and, depending on mediator and counsel availability, intend to schedule the mediation in **March 2026**. Plaintiff consents to this request.

The parties further request that the initial pretrial conference be rescheduled to a date approximately 20 days after the mediation occurs, to allow sufficient time to assess the outcome and prepare any necessary filings. If the Court grants this adjournment, the parties will promptly update the Court once a mediation date is confirmed. There are no previous requests for adjournment or extension. The next scheduled appearance before the Court is the initial pretrial conference referenced above.

We thank the Court for its attention to this matter.

Respectfully submitted,

William J. Anthony

cc:   All Counsel of Record (via ECF)